UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 18-0078 (PLF) |
| ARNOLD BOON, | : |
| Defendant. | : |

## CONSENT ORDER OF FORFEITURE

**WHEREAS**, a written plea agreement was filed with this Court and signed by the defendant, Arnold Boon, and his counsel, Jonathan Zucker, Esquire, in which defendant Boon agreed to plead guilty to Count Three of the Superseding Indictment, charging the offense of Interference with Interstate Commerce by Robbery, in violation of Title 18, United States Code, Section 1951, and the defendant has pled guilty to that offense;

**WHEREAS**, the Superseding Indictment alleged the forfeiture of property, that is, the forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to the offense alleged in Count Three, which property is subject to forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);

**WHEREAS**, the Superseding Indictment further alleged that the United States will seek a forfeiture money judgment against the defendant equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to the offense alleged in Count Three;

**WHEREAS**, in his plea agreement, the defendant agreed to the forfeiture of the above property and the entry of a forfeiture money judgment in the amount of $130,640.00;

**WHEREAS**, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including the defendant's

plea agreement, that any property, real or personal, which constitutes or is derived from proceeds traceable to the offense alleged in Count Three, is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), and that a personal money judgment against the defendant is appropriate, as set forth below;

**WHEREAS**, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, this Court determines, based on the evidence set forth during defendant's plea hearing, that entry of a forfeiture money judgment against the defendant and in favor of the United States in the amount of $130,640.00 is appropriate insofar as this property is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);

**WHEREAS**, Title 21, United States Code, Section 853(p) authorizes the forfeiture of substitute property;

**WHEREAS**, the defendant has admitted that the proceeds he personally obtained have been dissipated by him and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court;

**WHEREAS**, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

***NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:***

1. That the following property is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c): any property, real or personal, which constitutes or is derived from proceeds traceable to the offense alleged in Count Three.

2. A forfeiture money judgment in the amount of $130,640.00 is entered against the defendant and in favor of the United States.

3. The Court finds that the proceeds that the defendant personally obtained as a result of the offense to which he has pled guilty have been dissipated by him and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court;

4. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

5. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure and the defendant's consent, this Order of Forfeiture is now final as to the defendant, and shall be made part of the sentence and included in the judgment.

6. The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

7. The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this _2nd_ day of _April_, 2019.

PAUL L. FRIEDMAN
District Judge
United States District Court for the
District of Columbia

WE ASK FOR THIS:

JESSIE K. LIU
United States Attorney

STEVEN B. WASSERMAN,
Assistant United States Attorney
Violent Crime and Narcotics Trafficking Section
Assistant United States Attorney
D.C. Bar No. 453251
555 Fourth Street, N.W.
Washington, D.C. 20530
202-252-7719

Arnold Boon
Defendant

Jonathan Zucker, Esquire
Counsel for Defendant